UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. CRUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:20-cv-00791-EPG<br><br>ORDER AWARDING ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(ECF No. 26) |

  Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 26), IT IS ORDERED that fees and expenses in the amount of $4,900.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

  Dated:  **May 4, 2022**               /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1